■ GERALD PANNHURST, Respondent, v MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant, et al., Defendants. [668 NYS2d 357] —Order, Supreme Court, New York County (Salvador Collazo, J.), entered on or about June 20, 1997, which denied defendant Motor Vehicle Accident Indemnification Corporation's motion to change venue from New York County to Suffolk County, unanimously affirmed, without costs.

The motion was properly denied on the ground that it was not made within 15 days after defendant served plaintiff with its demand for a change of venue (CPLR 511 [b]). Concur—Milonas, J. P., Rosenberger, Ellerin and Tom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JIM LEWIS, Appellant. [668 NYS2d 356] —Appeal from judgment, Supreme Court, Bronx County (Dominic Massaro, J., on suppression motion; Steven Barrett, J., at plea and sentence), rendered October 20, 1994, convicting defendant, of criminal possession of a weapon in the third degree, and sentencing him to a term of 5 years probation, held in abeyance and the matter remitted for a *Dunaway/Mapp* hearing.

Defendant's motion to suppress physical evidence as well as the additional assertions raised in the motion for reargument after the court summarily denied the original motion, sufficiently, if inartfully, identified defendant as the source of all the material factual allegations contained therein and entitled defendant to a hearing (*People v Mendoza*, 82 NY2d 415). Accordingly, we hold the appeal in abeyance and remit for a *Dunaway/Mapp* hearing. Concur—Nardelli, J. P., Wallach, Williams and Mazzarelli, JJ.